**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al*., <br><br> Defendants. | Case No. 26-cv-1789-RJL |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for a temporary restraining order or, in the alternative, a stay under 5 U.S.C. § 705 and preliminary injunction, it is hereby:

**ORDERED** that the Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that Defendant "Anti-Weaponization Fund" ("the Fund") shall immediately halt, suspend, and cease all operations pending further Order of this Court, including, but not limited to, the acceptance of any transfer of funds from any federal agency, the processing of any claims for payment, the disbursal of award payments to any claimants, the hiring of staff, and any other expenditure of federal funds; and it is further

**ORDERED** that Defendants U.S. Department of Justice ("DOJ"); Acting Attorney General Todd Blanche; U.S. Department of the Treasury ("Treasury"); Secretary of the Treasury Scott Bessent; Internal Revenue Service ("IRS"); IRS Chief Executive Officer Frank Bisignano; the Fund; J. Does 1-5 Members of the Fund; each Defendant's officers, agents, servants, employees, and attorneys; and all persons acting in concert or participation with them shall immediately **CEASE** and are **PROHIBITED** from taking any action to transfer funds from the the Treasury's Judgment Fund to the Fund's "Designated Account" or otherwise taking any

1

action to implement the May 18 agreement purporting to settle *Trump v. IRS*, No. 26-cv-20609 (S.D. Fla.), Compl. Ex. 1, ECF No. 1-1, and the incorporated May 18 order of the Acting Attorney General, Compl. Ex. 2, ECF No. 1-2 (together, "the May 18 Order"); and it is further

**ORDERED** that Defendants DOJ; Acting Attorney General Todd Blanche; the Treasury; Secretary of the Treasury Scott Bessent; the IRS; IRS Chief Executive Officer Frank Bisignano; the Fund; J. Does 1-5 Members of the Fund; each Defendant's officers, agents, servants, employees, and attorneys; and all persons acting in concert or participation with them shall preserve all records related to the Fund in accordance with the Federal Records Act; and it is further

**ORDERED** that Defendants DOJ; Acting Attorney General Todd Blanche; the Treasury, Secretary of the Treasury Scott Bessent; the IRS; IRS Chief Executive Officer Frank Bisignano; the Fund; and J. Does 1-5 Members of the Fund shall immediately distribute and provide notice of this Order to their officers, agents, servants, employees, attorneys, and all persons acting in concert or participation as it relates to the Fund; and it is further

**ORDERED** that Defendants shall, within two days of this Order, file a status report with the Court describing the steps they have taken to comply with this Order; and it is further

**ORDERED** that the parties shall propose a schedule for preliminary injunction or expedited summary judgment proceedings within two days of this Order; and it is further

**ORDERED** that this temporary restraining order shall expire in 14 days absent further order from the Court.

*[In the alternative, it is]*

**ORDERED** that the May 18 Order is **STAYED** under 5 U.S.C. § 705; and it is further

**ORDERED** that the Fund shall immediately halt, suspend, and cease all operations pending further Order of this Court, including, but not limited to, the acceptance of any transfer of funds from any federal agency, the processing of any claims for payment, the disbursal of award payments to any claimants, the hiring of staff, and any other expenditure of federal funds; and it is further

**ORDERED** that Defendants refrain from transferring any funds from the Treasury's Judgment Fund to the Fund's "Designated Account," or reverse that transfer if it has already occurred, and refrain from appointing Members to the Fund, reconstituting the Fund under a different name, or otherwise taking any action to implement the May 18 Order; and it is further

**ORDERED** that Defendants, including the Fund, preserve all records related to the Fund in accordance with the Federal Records Act.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

Date:_____, 2026

3