**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al*.,<br><br>Defendants. | Case No. 26-cv-1789-RJL |

**NOTICE**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") respectfully notifies the Court that on May 29, 2026, the U.S. District Court for the Eastern District of Virginia issued an order in a suit brought against several of the same Defendants in this case that (1) set a briefing and hearing schedule for the plaintiffs' motion for preliminary relief, and (2) temporarily enjoined the defendants, while the plaintiffs' motion is pending, "from taking any further action pursuant to the creation or operation of the Anti-Weaponization Fund, which includes the transferring of money to the Fund; the consideration of any claims submitted to the Fund; and the disbursing of any funds from the Fund." Order at 1, *Floyd v. DOJ*, 1:26-cv-1399-LMB/IDD, ECF No. 31 (E.D. Va. May 29, 2026). The court issued this temporary relief to allow time for "full briefing" and consideration of the plaintiffs' motion for preliminary relief, in light of defendants' counsel's refusal to commit to not transferring money to the Fund or processing or paying claims until the plaintiffs' motion is resolved. *See id.* at 1 n.1. The *Floyd* order is attached to this notice.

1

Because of the overlap between the cases, CREW is notifying the Court of the May 29 order in *Floyd* in the interest of candor and to ensure the Court is aware of the development. However, CREW respectfully submits that the May 29 order in *Floyd* provides no basis for this Court to alter the briefing and hearing schedule that it set by Minute Order on May 29, 2026, for CREW's pending Motion for a Temporary Restraining Order or, in the Alternative, a Stay under 5 U.S.C. § 705 and Preliminary Injunction. *See* ECF No. 10. For one thing, the temporary relief granted in *Floyd* could expire as soon as June 12, 2026, the date that court set for a hearing on the plaintiffs' motion. As a result, CREW still has a clear and present need for its requested temporary restraining order, as well as its alternative request for a § 705 stay and a preliminary injunction, under the schedule set forth in this Court's May 29 Minute Order. Moreover, there are material differences between this case and *Floyd*: the cases are brought by different plaintiffs, involve different claims of standing and irreparable harm, and involve some different forms of requested relief. Among other things, CREW seeks emergency relief to prevent irreparable harm from the irretrievable loss of federal records and Defendants' non-compliance with the Federal Records Act, which are not issues raised in *Floyd*. CREW thus respectfully requests that the Court maintain the schedule set forth in its May 29 Minute Order.

Dated: June 1, 2026

Respectfully Submitted,

*/s/ Nikhel S. Sus*
Kayvan Farchadi (D.C. Bar No. 1672753)
Nikhel S. Sus (D.C. Bar No. 1017937)
Stuart C. McPhail (D.C. Bar No. 1032529)
Stephen J. Buckingham (D.C. Bar No. 1562756)*
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
kfarchadi@citizensforethics.org

nsus@citizensforethics.org
smcphail@citizensforethics.org
sbuckingham@citizensforethics.org

\* Admitted *pro hac vice*