AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeanine Ferris-Pirro, United States Attorney

was received by me on *(date)*        06/01/2026        .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I emailed a copy of the summons and complaint on June 1, 2026 to Jeanine Ferris-Pirro, United
States Attorney, at usadc.servicecivil@usdoj.gov.


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    06/15/2026                                    /s/ Amanda Bangle
                                                  _____
                                                       *Server's signature*

                                                  Amanda Bangle, Paralegal
                                                  _____
                                                       *Printed name and title*

                                                         CREW
                                                      PO Box 14596
                                                   Washington, DC 20044
                                                  _____
                                                       *Server's address*


Additional information regarding attempted service, etc:

                                              **Amanda Bangle <abangle@citizensforethics.org>**

---

## CREW v. DOJ, 26-cv-1789 Summons, Complaint, and Motion for TRO
2 messages

---

**Amanda Bangle** <abangle@citizensforethics.org>                    Mon, Jun 1, 2026 at 11:24 AM
To: USADC.ServiceCivil@usdoj.gov
Cc: Nikhel Sus <nsus@citizensforethics.org>, Jordan Faria <jfaria@citizensforethics.org>, Kayvan Farchadi
<kfarchadi@citizensforethics.org>

Hello,

Per your office's guidance on Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i), attached
please find for service the summons, complaint, and exhibits in the above-referenced action.

I have also included Plaintiff's Motion for a Temporary Restraining Order, which I will email to the Civil Chief.

Please reach out with any concerns.

Respectfully,

--

     **Amanda Bangle** (she/her)
Paralegal | Citizens for Responsibility and Ethics in Washington
Office: (202) 408-5565
abangle@citizensforethics.org | www.citizensforethics.org

---

**2 attachments**

 **CREW v. DOJ, 26-cv-1789 Summons, Complaint, Exhibits.pdf**
4271K

 **CREW v. DOJ, 26-cv-1789, TRO Motion, Memo, and Exhibits.pdf**
4606K

---

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>                    Mon, Jun 1, 2026 at 4:51 PM
To: Amanda Bangle <abangle@citizensforethics.org>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Cc: Nikhel Sus <nsus@citizensforethics.org>, Jordan Faria <jfaria@citizensforethics.org>, Kayvan Farchadi
<kfarchadi@citizensforethics.org>

Your submission has been received by email on June 1, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

[Quoted text hidden]

---

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Todd Blanche, Acting Attorney General

was received by me on *(date)*   06/01/2026   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed a copy of the summons and complaint via certified mail on June 2, 2026 to Todd
Blanche, Acting Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/15/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| Certified Mail Fee | $5.30 | | 0205 |
| $ | | | 13 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | | | |
| $ | $11.95 | | |
| Total | | | 06/02/2026 |
| $21.65 | | | |

$4.40

Sent  U.S. Attorney General's Office
Stree 950 Pennsylvania Ave., NW
City, Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052703763823395

Copy          **Add to Informed Delivery**

### Latest Update

Your item was picked up at the post office at 4:28 am on June 4, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 4, 2026 4:28 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                                         ⌄

**USPS Tracking Plus®**                                          ⌄

Feedback

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Justice

was received by me on *(date)*        05/26/2026        .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I mailed a copy of the summons and complaint via certified mail on May 27, 2026 to the U.S. DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue NW, Washington, DC 20530.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/15/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**

## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total

$
Sent To  US. Department of Justice

Street  950 Pennsylvania Ave, N.W.

City  Washington D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:                                                    Remove ✕

## 9589071052703763823388

Copy          Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:28 am on June 4, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 4, 2026 4:28 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                                          ⌄

USPS Tracking Plus®                                          ⌄

Product Information                                          ⌄

**See Less ⌃**

Track Another Package

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Frank Bisignano, in his official capacity as CEO of the IRS

was received by me on *(date)*        05/26/2026        .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed a copy of the summons and complaint via certified mail on May 27, 2026 to Frank
Bisignano in his official capacity as Chief Executive Officer of the Internal Revenue Service,
1111 Constitution Avenue NW, Washington, DC 20224.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      06/15/2026                                          /s/ Amanda Bangle
                                                     *Server's signature*

                                                  Amanda Bangle, Paralegal
                                                     *Printed name and title*

                                                         CREW
                                                     PO Box 14596
                                                  Washington, DC 20044
                                                     *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Tot:
$

Ser.

Str:    Frank Bisignano,
        in his official capacity as Chief Executive
        Officer of the Internal Revenue Service
        1111 Constitution Avenue NW
Cit:    Washington, DC 20224

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 9589071052703763823425

Copy          Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:00 am on June 3, 2026 in WASHINGTON, DC 20224.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20224
June 3, 2026 11:00 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                      ⌄

See Less ⌃

Feedback

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Internal Revenue Service

was received by me on *(date)*   05/26/2026   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*   I mailed a copy of the summons and complaint via certified mail on May 27, 2026 to the
Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/15/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total

$

Sent

Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224

Street

City, 

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs ⟩

Remove ✕

**Tracking Number:**

# 9589071052703763823340

Copy          **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 11:00 am on June 3, 2026 in WASHINGTON, DC 20224.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20224
June 3, 2026 11:00 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Feedback

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Scott Bessent, in his official capacity as Sec. of the Treasury

was received by me on *(date)*      05/26/2026      .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed a copy of the summons and complaint via certified mail on May 27, 2026 to Scott Bessent, in his official capacity as Sec. of the Treasury, 1500 Pennsylvania Avenue NW, Washington, DC 20220

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/15/2026                                             /s/ Amanda Bangle
                                                         *Server's signature*

                                                    Amanda Bangle, Paralegal
                                                      *Printed name and title*

                                                            CREW
                                                        PO Box 14596
                                                     Washington, DC 20044
                                                       *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total
$

Sent

Stree

City,

Scott Bessent,
in his official capacity as Secretary of
the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052703763823418

Copy          Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:04 am on June 4, 2026 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20220
June 4, 2026 4:04 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

Text & Email Updates                                                ⌄

USPS Tracking Plus®                                                 ⌄

Product Information                                                 ⌄

See Less ⌃

Track Another Package

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Todd Blanche, in his official capacity as Acting Atty Gen

was received by me on *(date)*          05/26/2026               .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I mailed a copy of the summons and complaint via certified mail on May 27, 2026 to Todd
Blanche, in his official capacity as Acting Attorney General, 950 Pennsylvania Avenue NW,
Washington, DC 20530

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00           .

I declare under penalty of perjury that this information is true.

Date:      06/15/2026                                   /s/ Amanda Bangle
                                                    *Server's signature*

                                            Amanda Bangle, Paralegal
                                                *Printed name and title*

                                                    CREW
                                                PO Box 14596
                                            Washington, DC 20044
                                                *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total
$
Sent

Todd Blanche,
in his official capacity as Acting
Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

USPS Tracking® | USPS

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052703763823401

Copy          **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 4:28 am on June 4, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 4, 2026 4:28 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**          ⌄

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌄

**See Less** ⌃

Track Another Package

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of the Treasury

was received by me on *(date)*         05/26/2026         .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I mailed a copy of the summons and complaint via certified mail on May 27, 2026 to U.S. Department of the Treasury, 1500 Pennsylvania Avenue NW, Washington, DC 20220.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     06/15/2026                                  /s/ Amanda Bangle
                                                        *Server's signature*

                                                Amanda Bangle, Paralegal
                                                  *Printed name and title*

                                                        CREW
                                                    PO Box 14596
                                                Washington, DC 20044
                                                    *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total

$

Sent

U.S. Dep't of the Treasury

Street

1500 Pennsylvania Avenue NW

City

Washington, DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 9589071052703763823357

Copy        Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:04 am on June 4, 2026 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20220
June 4, 2026 4:04 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

Text & Email Updates                               ⌄

USPS Tracking Plus®                                ⌄

Product Information                                ⌄

**See Less** ⌃

Track Another Package

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01789-RJL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The Anti-Weaponization Fund, c/o U.S. Dept of Justice

was received by me on *(date)*     05/26/2026     .

❏ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I mailed a copy of the summons and complaint via certified mail on May 27, 2026 to The Anti-Weaponization Fund, c/o U.S. Dept of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     06/15/2026                                 /s/ Amanda Bangle
                                                    *Server's signature*

                                            Amanda Bangle, Paralegal
                                                *Printed name and title*

                                                    CREW
                                                PO Box 14596
                                            Washington, DC 20044
                                                *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**

# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total

$

Sent

Stree

City,

The Anti-Weaponization Fund
c/o U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

9589 0710 5270 3763 8234 32

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

USPS Tracking | USPS

# USPS Tracking®

FAQs  ›

Remove ✕

**Tracking Number:**

## 9589071052703763823432

Copy          Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:28 am on June 4, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 4, 2026 4:28 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

**See Less** ⌃

Track Another Package