**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.,*<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 26-1789 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**Order**
(June 23, 2026) [Dkt. #10]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for a Stay under 5 U.S.C. § 705 and Preliminary

Injunction [Dkt. #10] is **DENIED**.

    **SO ORDERED**.


                               _____
                               RICHARD J. LEON
                               United States District Judge