### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Citizens for Responsibility and Ethics in Washington** <br><br> Plaintiff, <br><br> v. <br><br> **Department of Justice, et al.**, <br><br> Defendants. | Case No. 1:26-cv-1789-RJL |

### DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move this Court to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As explained more fully in the accompanying memorandum of points and authorities filed in support of this motion, and in the Court's Memornadum Opinion denying the Plaintiff's motion for a Preliminary Injunction (ECF No. 20) Plaintiff cannot establish subject-matter jurisdiction. Plaintiff further fails to state a claim upon which relief can be granted. This dispute is both moot and unripe, Plaintiff lacks Article III standing, and there has been no final agency action to give rise to Administrative Procedure Act review. Plaintiff also fails to meet the 12(b)(6) standard of review as the Complaint does not allege well-pleaded facts that give rise to *ultra vires*, Mandamus Act, or Freedom of Information Act claims.

Accordingly, Defendants respectfully ask this Court to dismiss the Complaint with Prejudice

Date: July 31, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*


   */s/ Andrew J. Block*
Andrew J. Block
*Senior Counsel to the Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on July 31, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block