**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

      Plaintiff,

      v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

      Defendants.

Case No. 26-cv-1789-RJL

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE ITS
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") respectfully moves for a thirty-day extension of time, up to and including September 14, 2026, to file its opposition to Defendants' Motion to Dismiss (ECF No. 22). This extension would account for Plaintiff's attorneys' scheduled leave amid fast-moving factual developments relevant to this case. Defendants, through counsel, have consented to the relief sought in this motion. Good cause exists for this request, as set out below:

1.      Defendants filed their Motion to Dismiss on July 31, 2026. Under Local Civil Rule 7(b), CREW's opposition is currently due on August 14, 2026.

2.      CREW's counsel of record have previously scheduled leave that overlaps the period during which the opposition would need to be researched, drafted, and reviewed. Attorney Nikhel Sus will be on scheduled leave through August 10, and attorneys Kayvan Farchadi and Steven Buckingham will be on scheduled leave through August 14. Counsel also have briefing deadlines in other matters during the month of August.

3.      As a result, counsel cannot prepare a response to Defendants' motion by the current deadline, particularly in light of Plaintiff's need to analyze and incorporate fast-moving factual developments relevant to this case. For example, on July 31, 2026, President Trump appealed the court's most recent decision in *Trump v. IRS*, the case underlying the agreement creating the so-called "Anti-Weaponization Fund," to the Eleventh Circuit. *See* Notice of Appeal, *Trump v. IRS*, No. 26-cv-20609 (S.D. Fla. July 31, 2026), ECF No. 113. Additionally, the Trump administration and the president himself have made new statements about the Anti-Weaponization Fund almost daily as Acting Attorney General Todd Blanche's nomination for Attorney General of the United States moves through the Senate confirmation process.[1]

4.      This is CREW's first request for an extension of time in this case, and no prior extensions have been sought by either party.

5.      There are no other pending deadlines in this matter, and the requested extension would not affect any other deadline or the Court's orderly administration of this case. No party will be prejudiced by the requested extension.

---

[1] *See, e.g.*, Devlin Barrett, *Documents Blanche Released to Ease Path to Confirmation Leave Loopholes,* N.Y. Times (Aug. 3, 2026), https://www.nytimes.com/2026/08/03/us/politics/todd-blanche-trump-irs-fund-loopholes.html; Andrew Pantazi, *Blanche poised for confirmation vote after he kills Trump fund*, Axios (Aug. 3, 2026), https://www.axios.com/2026/08/03/trump-anti-weaponization-fund-blanche; Alexandra Marquez & Julie Tsirkin, *Trump says he'll revive 'anti-weaponization' fund if Blanche's nomination for AG is blocked*, NBC News (Aug. 1, 2026), https://www.nbcnews.com/politics/congress/trump-revive-anti-weaponization-blanche-attorney-general-cornyn-tillis-rcna590370; Scott Waldman & Megan Messerly, *Trump says he wishes anti-weaponization fund wasn't dead, angering senators he needs to confirm Blanche*, Politico (July 31, 2026), https://www.politico.com/news/2026/07/31/trump-says-anti-weaponization-fund-is-dead-01020680.

6.      Pursuant to Local Civil Rule 7(m), on August 3, 2026, undersigned counsel conferred with Defendants' counsel via email. Defendants' counsel conveyed their consent to the relief sought in this motion on August 4, 2026.

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file its opposition to Defendants' motion to dismiss to September 14, 2026.  A proposed order is attached.

Dated: August 5, 2026                               Respectfully Submitted,

                                                    */s/ Kayvan Farchadi*
                                                    Kayvan Farchadi (D.C. Bar No. 1672753)
                                                    Nikhel S. Sus (D.C. Bar No. 1017937)
                                                    Stuart C. McPhail (D.C. Bar No. 1032529)
                                                    Stephen J. Buckingham (D.C. Bar No. 1562756)
                                                    CITIZENS FOR RESPONSIBILITY
                                                    AND ETHICS IN WASHINGTON
                                                    P.O. Box 14596
                                                    Washington, DC 20044
                                                    (202) 408-5565
                                                    kfarchadi@citizensforethics.org
                                                    nsus@citizensforethics.org
                                                    smcphail@citizensforethics.org
                                                    sbuckingham@citizensforethics.org