**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

Case No. 26-cv-1789-RJL

**[PROPOSED] ORDER DENYING INTERVENOR'S MOTION**

Upon consideration of the "Intervenor's Motion" (ECF No. 24), it is hereby **ORDERED** that the motion is **DENIED**.

Dated: ______________, 2026

________________________________
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE