**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE *et al.*,<br>*Defendants*. | No. 26-cv-1789<br>(Consolidated with Case No. 26-cv-1907) |

**NOTICE OF APPARANCE**

PLEASE TAKE NOTICE that Nathaniel A.G. Zelinsky enters his appearance as counsel for Plaintiffs Michael M. Gordon and Michael J. Romano.

Date: November 1, 2026

Respectfully submitted,

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
Tel: 202-521-8750
Fax: 202-521-8745
nzelinsky@washingtonlitigationgroup.org